ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Petition of - | ) |
| | ) |
| KBT Contracting Corp. | )    ASBCA No. 64581-PET |
| | ) |
| Under Contract No. N69450-21-D-0032 | ) |

APPEARANCES FOR THE PETITIONER:    Jonathan R. Neri, Esq.
       Lauren R. Brier, Esq.
        PilieroMazza PLLC
        Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Tracey R. Rockenbach, Esq.
        Navy Chief Trial Attorney
       Javier E. Gonzalez, Esq.
        Trial Attorney

DISMISSAL ORDER

The contractor filed, under Rule 1(a)(5), a request for an order directing the contracting officer to render a decision on its August 14, 2025 claim. The contracting officer issued a decision on June 24, 2026. Accordingly, the Board dismisses this petition as moot.

Dated: July 1, 2026

OWEN C. WILSON
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

ROBYN L. HAMADY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order Pursuant to Rule 1(a)(5) of the Armed Services Board of Contract Appeals in ASBCA No. 64581-PET, Petition of KBT Contracting Corp., rendered in conformance with the Board's Charter.

Dated: July 1, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2